**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SHAWN MITCHELL WADSWORTH, | ) | |
| | ) | |
| | ) | 2:25-CV-01973 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COMMONWEALTH OF | ) | |
| PENNSYLVANIA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This *pro se* case was referred to Magistrate Judge Patricia L. Dodge for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and the Local Rules of Court applicable to Magistrate Judges.

Mr. Wadsworth is proceeding *pro se* and currently detained at Westmoreland County Prison, awaiting trial in three criminal cases.  He filed a Notice of Removal to remove his state criminal proceedings to federal court.  Magistrate Judge Dodge issued a thorough R&R in which she recommended that this Court: (1) dismiss the case because removal is improper; and (2) remand the criminal proceedings to the Court of Common Pleas of Westmoreland County (CP-65-CR-1084-2024 and CP-65-CR-2421-2025) and the Court of Common Pleas of Armstrong County (CP-03-CR-541-2025).  Mr. Wadsworth filed no objections.  The Court agrees with Judge Dodge's recommendation, because there is no basis for removal.  It is hereby **ORDERED** that Judge Dodge's R&R (ECF 3) is **ADOPTED** in full, and the Clerk of Court shall remand this case to the appropriate state courts forthwith. The Clerk of this Court shall mark this case as **CLOSED**.

- 2 -

DATED: August 12, 2026                    BY THE COURT:


                                          /s/ J. Nicholas Ranjan
                                          United States District Judge


cc:
Shawn Mitchell Wadsworth
1948 2025
Westmoreland County Prison
3000 S. Grande Blvd.
Greensburg, PA 15601